**NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER**

**Electronically Filed
Intermediate Court of Appeals
CAAP-23-0000725
20-AUG-2024
08:23 AM
Dkt. 88 ODSLJ**

NO. CAAP-23-0000725

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI


ESTATE OF VIVIAN T. LORD, by her Personal Representative
WILLIAM H. GILLIAM, and WILLIAM H. GILLIAM, individually,
Plaintiffs-Appellants,
v.
LESLIE KOBATA, REGISTRAR, in his Official Capacity only;
PORTER McGUIRE KIAKONA & CHOW, LLP; PORTER McGUIRE KIAKONA, LLP;
FOREST B. JENKINS; CHANG NISHIOT SIA NAKAMURA GOYA;
JEFFREY H.K. SIA; DOROTHY P.H. MEISNER; SHANA MAGUIRE;
HAWAII FIRST, INC.; ASSOCIA, INC., dba ASSOCIA HAWAII;
ASSOCIATION OF APARTMENT OWNERS OF KUHIO SHORES AT POIPU,
Defendants-Appellees

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CASE NO. 1CCV-22-0000508)

ORDER OF DISMISSAL
(By: Leonard, Acting Chief Judge, Wadsworth and Guidry, JJ.)

Upon review of the record, it appears that self-represented Plaintiffs-Appellants Vivian T. Lord, by Her Personal Representative William H. Gilliam, and William H. Gilliam, individually (together, **Gilliam**), appeal from the Circuit Court of the First Circuit's (**Circuit Court**) November 13, 2023 Amended Order Granting Defendants Porter McGuire Kiakona & Chow, LLP and Porter McGuire Kiakona, LLP's Motion for Attorneys' Fees and Costs Filed October 18, 2022 [Dkt No. 221] (**Amended Order**).

However, we lack jurisdiction over this appeal because the Circuit Court has not entered a final, appealable order or

judgment.  See Hawaiʻi Revised Statutes (**HRS**) § 641-1(a) (2016); Hawaiʻi Rules of Civil Procedure Rules 54(b), 58; Jenkins v. Cades Schutte Fleming & Wright, 76 Hawaiʻi 115, 119, 869 P.2d 1334, 1338 (1994).  The Circuit Court did not grant Gilliam leave to file an interlocutory appeal.  HRS § 641-1(b) (2016).  The Amended Order also is not independently appealable under the collateral-order doctrine or the Forgay[1] doctrine.  See Siangco v. Kasadate, 77 Hawaiʻii 157, 161, 883 P.2d 78, 82 (1994).

Therefore, IT IS HEREBY ORDERED that this appeal is dismissed for lack of appellate jurisdiction.

DATED: Honolulu, Hawaiʻi, August 20, 2024.

/s/ Katherine G. Leonard
Acting Chief Judge

/s/ Clyde J. Wadsworth
Associate Judge

/s/ Kimberly T. Guidry
Associate Judge

---

[1]     Forgay v. Conrad, 47 U.S. 201 (1848).